Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−15351−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raimunda Rodriguez
   89−93 4th Ave
   Newark, NJ 07104

Social Security No.:
   xxx−xx−8249

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/8/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 8, 2017
JAN: jf

                                          Jeanne Naughton
                                          Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                        Case No. 17-15351-VFP
   Raimunda Rodriguez                                         Chapter 13
              Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: Nov 08, 2017
                             Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db             +Raimunda Rodriguez,    89-93 4th Ave,    Newark, NJ 07104-2696
cr             +Nationstar Mortgage LLC,    Aldridge Pite, LLP,    4375 Jutland Pike,    PO Box 17933,
                 San Diego, CA 92177-7921
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave, Suite 100,    Boca Raton, FL 33487-2853
516710445       Advantage,   PO Box 353,    Stanchfield, MN 55080
516710447      +Bay View,    PO Box 650091,    Dallas, TX 75265-0091
516710449      +KML LAW,   216 Haddon Ave,    Collingswood, NJ 08108-1120
516710450      +New Century,    Attn Pressler and Presseler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516827514      +U.S. Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516847731      +U.S. Bank, National Association,,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
516710451      +north star,    220 john glenn dr,    Buffalo, NY 14228-2246
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:10     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516710446      +EDI: ACCE.COM Nov 08 2017 22:23:00      Asset Acceptance,   PO Box 2036,    Warren, MI 48090-2036
516956895      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 08 2017 22:44:31
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
516952748      +E-mail/Text: bankruptcy@cavps.com Nov 08 2017 22:44:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516825148       EDI: RESURGENT.COM Nov 08 2017 22:23:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,   Greenville, SC 29603-0675
516710452       EDI: USBANKARS.COM Nov 08 2017 22:23:00      US Bank,   PO Box 790408,    Saint Louis, MO 63179
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516710448       Edpo Natalico
cr*            +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                         TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Andre L. Kydala    on behalf of Debtor Raimunda  Rodriguez kydalalaw@aim.com, kydalalaw@aim.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, Successor Trustee to
               Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First
               Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    US Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Nov 08, 2017
                              Form ID: 148              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 8